IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CAMERON COUNTY HOUSING AUTHORITY and COMMUNITY HOUSING & ECONOMIC DEVELOPMENT CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF PORT ISABEL, CITY OF PORT ISABEL CITY COMMISSION, and PORT ISABEL PLANNING AND ZONING COMMISSION,<br><br>    Defendants. | § § § § § § § § § § § § § § § § | Civil Action No. 1:17-cv-00229 |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs Cameron County Housing Authority and Community Housing & Economic Development Corporation provide the following list of persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation

1. Cameron County Housing Authority;

2. Community Housing & Economic Development Corporation

3. City of Port Isabel

4. City of Port Isabel City Commission

5. Port Isabel Planning and Zoning Commission

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By: */s/ Benjamin L. Riemer*
    Benjamin L. Riemer
    Attorney-in-Charge
    Texas Bar No. 24065976
    Southern District No. 1146374
    briemer@bellnunnally.com

1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, Texas  75204-2429
Telephone:  (214) 740-1400
Telecopier:  (214) 740-1499

and

**TEXAS APPLESEED**

Melissa Madison Sloan
Of Counsel
Texas Bar No. 24049374
Southern District No. (*pending pro hac vice admission*)
msloan@texasappleseed.net

1609 Shoal Creek Blvd., Ste. 201
Austin, Texas 78701-1022
Telephone:  (512) 473-2800

**ATTORNEYS FOR PLAINTIFFS**

3611311_1.docx / 10808.3