AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| Cameron County Housing Authority and Community Housing & Economic Development Corporation <br><br> *Plaintiff(s)* <br> v. <br><br> City of Port Isabel, City of Port Isabel City Commission, and Port Isabel Planning and Zoning Commission <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:17-CV-229 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Port Isabel Planning and Zoning Commission
c/o City Attorney, Gilberto Hinojosa
305 East Maxan St.
Port Isabel, TX 78578

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Benjamin L. Riemer
Bell Nunnally & Martin, LLP
3232 McKinney Ave., Ste. 1400
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/7/2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gilberto Hinojosa, City Attorney for Port Isabel Planning and Zoning Commission
was received by me on *(date)* 11/13/17.

☑ I personally served the summons on the individual at *(place)* 305 East Maxan St., Port Isabel, Texas 78578 on *(date)* 11/21/17 at 11:45 am ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: Also served: Plaintiff's original Complaint Order Setting Conference

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/22/17

Velma Ruth Flynn
*Server's signature*

Velma Ruth Flynn — #72275; exp 8/31/19
Civil Process Server
*Printed name and title*

516 West Vine Avenue, McAllen, TX 78501
*Server's address*

Additional information regarding attempted service, etc: