# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CAMERON COUNTY HOUSING AUTHORITY AND COMMUNITY HOUSING & ECONOMIC DEVELOPMENT CORPORATION | § § § § § | CIVIL ACTION NO. |
| V. | § § | |
| CITY OF PORT ISABEL, CITY OF PORT ISABEL CITY COMMISSION, AND PORT ISABEL PLANNING AND ZONING COMMISSION | § § § § | B – 17 – 229 |

## DEFENDANT'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE U.S. DISTRICT COURT:

**CITY OF PORT ISABEL, TEXAS**, on behalf of itself, the City Of Port Isabel City Commission, and the Port Isabel Planning and Zoning Commission submits this Certificate of Disclosure of Interested Parties for the outcome of this litigation as follows:

**PLAINTIFFS:**
Cameron County Housing Authority
Community Housing & Economic Development Corporation

**ATTORNEYS FOR PLAINTIFFS:**
Benjamin L. Reimer, Attorney-in-Charge
BELL NUNNALLY & MARTIN, LLP
1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, TX  75204

Melissa Madison Sloan, Of Counsel
TEXAS APPLESEED
1609 Shoal Creek Boulevard, Suite 201
Austin, TX  78701

**DEFENDANT:**
City of Port Isabel, Texas on behalf of itself, the City of Port Isabel City Commission, and the Port Isabel Planning and Zoning Commission

**ATTORNEYS FOR DEFENDANT**:
J. Arnold Aguilar, Attorney-in-Charge
Francisco J. Zabarte, Of Counsel
AGUILAR★ZABARTE, LLC
990 Marine Drive
Brownsville, TX  78520

**RISK POOL FOR DEFENDANTS:**
TEXAS MUNICIPAL LEAGUE
INTERGOVERNMENTAL RISK POOL
P. O. Box 149194
Austin, TX  78714-9194

Signed on this the 12th day of December, 2017.

        Respectfully submitted,

     */s/   J. Arnold Aguilar*
       J. Arnold Aguilar
       Attorney-in-Charge
       State Bar No. 00936270
       Federal Adm. No. 6822
       email:  arnold@aguilarzabartellc.com

       AGUILAR★ZABARTE, LLC
       990 Marine Drive
       Brownsville, Texas  78520
       Telephone :  (956) 504-1100
       Facsimile :  (956) 504-1408

       Attorneys for Defendant
       City of Port Isabel, Texas

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing **DEFENDANT'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES** will on this the 12th day of December, 2017, be automatically accomplished through the Notice of Electronic Filing upon the following:

  Benjamin L. Reimer
  BELL NUNNALLY & MARTIN, LLP
  1400 One McKinney Plaza
  3232 McKinney Avenue
  Dallas, TX  75204

  Melissa Madison Sloan
  TEXAS APPLESEED
  1609 Shoal Creek Boulevard, Suite 201
  Austin, TX  78701


        */s/ J. Arnold Aguilar*
         J. Arnold Aguilar