United States District Court
Southern District of Texas
FILED

DEC 26 2017

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:17-cv-00229 |
|---|---|---|---|
| Cameron County Housing Authority and Community Housing & Economic Development Corporation ||||
| *versus* ||||
| City of Port Isabel, City of Port Isabel City Commission, and Port Isabel Planning and Zoning Commission ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Melissa Madison Sloan<br>Texas Appleseed<br>1609 Shoal Creek Blvd., Ste. 201<br>Austin, Texas 78701-1022<br>Telephone: 512-473-2800<br>msloan@texasappleseed.net<br>Texas Bar No. 24049374 |
|---|---|
| Name of party applicant seeks to appear for: | Appearing **Of Counsel** for Plaintiffs Cameron County Housing Authority and Community Housing & Economic Development Corporation |

Has applicant been sanctioned by any bar association or court?   Yes _____   No  X

On a separate sheet for each sanction, please supply the full particulars.

Dated: 12/19/17     Signed: *[signature]*

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 12-26-17    Clerk's signature *[signature]* |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                                   United States District Judge