United States District Court
Southern District of Texas
**ENTERED**
December 26, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
DEC 26 2017
David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:17-cv-00229 |
|---|---|---|---|
| Cameron County Housing Authority and Community Housing & Economic Development Corporation ||||
| *versus* ||||
| City of Port Isabel, City of Port Isabel City Commission, and Port Isabel Planning and Zoning Commission ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Melissa Madison Sloan<br>Texas Appleseed<br>1609 Shoal Creek Blvd., Ste. 201<br>Austin, Texas 78701-1022<br>Telephone: 512-473-2800<br>msloan@texasappleseed.net<br>Texas Bar No. 24049374 |
|---|---|
| Name of party applicant seeks to appear for: | Appearing **Of Counsel** for Plaintiffs Cameron County Housing Authority and Community Housing & Economic Development Corporation |

Has applicant been sanctioned by any bar association or court?   Yes _____   No __X__

On a separate sheet for each sanction, please supply the full particulars.

Dated: 12/19/17     Signed: *[signature]*

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 12-26-17     Clerk's signature *[signature]* |

**Order**

Dated: December ___, 2017

This lawyer is admitted *pro hac vice*.

_____
United States District Judge