United States District Court
Southern District of Texas
**ENTERED**
February 07, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CAMERON COUNTY HOUSING AUTHORITY AND COMMUNITY HOUSING & ECONOMIC DEVELOPMENT CORPORATION | § § § § § | CIVIL ACTION NO. |
| V. | § § | |
| CITY OF PORT ISABEL, CITY OF PORT ISABEL CITY COMMISSION, AND PORT ISABEL PLANNING AND ZONING COMMISSION | § § § § | B – 17 – 229 |

## SCHEDULING ORDER

*FRCP = Federal Rules of Civil Procedure*       *FPC = Final Pretrial Conference*       *JPO = Joint Pretrial Order*

1. Trial: Estimated time to try:  __3 - 5__  days.                              ☐ Bench    X Jury
   *In the event the estimated length of trial is more than five (5) business days, each party must provide specific and itemized time limits as to each witness listed in the Joint Pretrial Order.*

2. Parties must comply with FRCP 15 in amending pleadings.

3. New party joinder deadline:                              180 days from date of filing May 7, 2018
   *Furnish a copy of this scheduling order to new parties.*

4. The plaintiff's experts and expert reports deadline:       180 days before discovery deadline
                                                                              (July 10, 2018)
   *See FRCP 26(a)(2)(D); Local Rule 9(A)(4)*

5. The defendant's experts and expert reports deadline:      120 days before discovery deadline
                                                                              (September 8, 2018)
   *See FRCP 26(a)(2)(D); Local Rule 9(A)(5)*

6. Discovery completion deadline:                            60 days before FPC (January 6, 2019)
   *Every disclosure under FRCP 26(a)(1) or (a)(3) and every discovery request, response, or objection must be signed by at least one attorney of record in the attorney's own name--or by the party personally, if unrepresented--and must state the signer's address, e-mail address, and telephone number. See FRCP 26(g).*

   *Additionally, a party may move for an order compelling disclosure or discovery. The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action. See FRCP 37(a)(1). Failure to comply with this rule may result in sanctions and the payment of reasonable expenses and attorney's fees pursuant to FRCP 37(a)(5).*

| | |
|---|---|
| 7. The parties mediation and status report deadline: | 7 days after discovery deadline (January 13, 2019) |
| 8. Dispositive motions deadline: *See FRCP 56(b).* | 15 days after discovery deadline (January 21, 2019) |
| a.) Responses to dispositive motions: | 21 days after dispositive motions (February 11, 2019) |
| 9. Non-Dispositive motions deadline: | 45 days before FPC (January 21, 2019) |
| 10. Daubert motions/motions to exclude experts deadline: | 45 days before FPC (January 21, 2019) |
| 11. Joint pretrial order (including witness and exhibit lists) is due: | 30 days before FPC (February 5, 2019) |

*All parties are responsible for filing the joint pretrial order on time.*

| | |
|---|---|
| 12. Objections to exhibit list due: | 10 days after JPO (February 15, 2019) |
| 13. Final Pretrial Conference is set for 1:30 P.M.: | March 7, 2019 |
| 14. Jury Selection is set for 10:30 A.M.: | March 18, 2019 |

Approved:

/s/ Benjamin L. Riemer
Attorney-in-Charge, Plaintiff(s)

February 1, 2018
Date

/s/ J. Arnold Aguilar
Attorney-in-Charge, Defendant(s)

February 1, 2018
Date

Signed on this the 7th day of February, 2018.

Rolando Olvera
United States District Judge