United States District Court
Southern District of Texas
**ENTERED**
June 18, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CAMERON COUNTY HOUSING AUTHORITY and COMMUNITY HOUSING & ECONOMIC DEVELOPMENT CORPORATION,<br>   Plaintiffs,<br><br>v.<br><br>CITY OF PORT ISABEL, CITY OF PORT ISABEL CITY COMMISSION, and PORT ISABEL PLANNING AND ZONING COMMISSION,<br>   Defendants. | §§§§§§§§§§§§§§§<br><br>Civil Action No. 1:17-cv-00229 |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR ALL PARTIES TO DESIGNATE EXPERT WITNESSES**

Before the Court is the Parties' "Joint Motion to Extend Deadline for All Parties to Designate Expert Witnesses" (hereafter "the Parties' Motion") (Docket No. 15). The Parties' Motion requests an extension of certain deadlines. The Parties' Motion is hereby **GRANTED** and the Parties are hereby **ORDERED** to comply with the following deadlines:

4. The plaintiff's experts and expert reports deadline:    October 31, 2018

5. The defendant's experts and reports deadline:    November 30, 2018

6. Discovery completion deadline:    January 15, 2019


Signed on this 18th day of June, 2018.

Rolando Olvera
United States District Judge