United States District Court
Southern District of Texas
**ENTERED**
January 15, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CAMERON COUNTY HOUSING AUTHORITY and COMMUNITY HOUSING & ECONOMIC DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PORT ISABEL, CITY OF PORT ISABEL CITY COMMISSION, and PORT ISABEL PLANNING AND ZONING COMMISSION,<br><br>Defendants. | § § § § § § § § § § § § § § § § § Civil Action No. 1:17-cv-00229 |

## ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF TRIAL SETTING

On this day, came on to be considered Plaintiffs and Defendant's Joint Motion for Continuance of Trial Setting ("Motion"). The Court, after having considered the Motion, is of the opinion that the Motion should be, and is hereby, granted. It is, therefore,

**ORDERED** that the Motion for Continuance of Trial Setting is **GRANTED,** the case is taken off the Court's trial docket for the week of March 18, 2019, and the case is reset for trial on the merits on _May 20th_, 2019.

**SO ORDERED.**

SIGNED this _15th_ day of January, 2019.

ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE

4294322_1.docx / 10808.3

ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF TRIAL SETTING        SOLO PAGE