IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CAMERON COUNTY HOUSING AUTHORITY and COMMUNITY HOUSING & ECONOMIC DEVELOPMENT CORPORATION,** | § § § § § | |
| **Plaintiffs,** | § § | **Civil Action No. 1:17-cv-00229** |
| **v.** | § § | |
| **CITY OF PORT ISABEL, CITY OF PORT ISABEL CITY COMMISSION, and PORT ISABEL PLANNING AND ZONING COMMISSION,** | § § § § § | |
| **Defendants.** | § | |

## NOTICE OF APPEAL

Plaintiffs Cameron County Housing Authority and Community Housing & Economic Development Corporation, hereby give notice of intent to appeal to the United States Court of Appeals for the Fifth Circuit the Judgment entered in the above-entitled cause on July 18, 2019, by the Honorable Rolando Olvera, United States District Judge for the Southern District of Texas.

Respectfully submitted,

**Bell Nunnally & Martin LLP**

By: */s/ Benjamin L. Riemer*
    Benjamin L. Riemer
    Attorney-in-Charge
    Texas Bar No. 24065976
    Southern District No. 1146374
    briemer@bellnunnally.com

2323 Ross Avenue
Dallas, Texas  75201
Telephone:  (214) 740-1400
Telecopier:  (214) 740-1499

and

**Texas Appleseed**

Melissa Madison Sloan
Of Counsel
Texas Bar No. 24049374
Southern District, Admitted *Pro Hac Vice*
msloan@texasappleseed.net

1609 Shoal Creek Blvd., Ste. 201
Austin, Texas 78701-1022
Telephone:  (512) 473-2800

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that on August 16, 2019, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court, which will send notification to all parties of record.

    */s/ Benjamin L. Riemer*
    Benjamin L. Riemer